IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ANTHONY SKLOSS and SUSAN SKLOSS, INDIVIDUALLY AND D/B/A SOUTHERN AG FARMS,<br><br>*Plaintiffs*,<br>v.<br><br>RREF CB SBL ACQUISITIONS, LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § | Civil Action No. 7:14-CV-00894 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Anthony Skloss and Susan Skloss, individually and d/b/a Southern Ag Farms and Defendant RREF CB SBL Acquisitions, LLC jointly move the Court to dismiss this case with prejudice for the reason that the parties have entered into a settlement of all claims and causes of action asserted herein.

Respectfully submitted,

*/s/ Robert T. Slovak*
Robert T. Slovak
State Bar No. 24013523
Rachel Kingrey
State Bar No. 24068616
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 999-4334 (Telephone)
(214) 999-3334 (Fax)

**ATTORNEYS FOR PLAINTIFF**

By:_____
Jana Smith Whitworth
State Bar No. 00797453
Antonio Villeda
State Bar No. 20585300
Law Office of Antonio Villeda
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9100
(956) 631-9146 (fax)
jwhitworth@mybusinesslawyer.com
avilleda@mybusinesslawyer.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of December 2014, a true and correct copy of the foregoing document was served by electronic transmission through the Court's Case Management Electronic Case Filing system.

Jana Smith Whitworth
Antonio Villeda
Law Office of Antonio Villeda
5414 North 10th Street
McAllen, Texas 78504
(956) 631-9146 (fax)
jwhitworth@mybusinesslawyer.com
avilleda@mybusinesslawyer.com

                                          */s/Rachel Kingrey*
                                          Rachel Kingrey